## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SANDRA OLIVER**, Individually and on Behalf of Others Similarly Situated | **CASE NO. 1:19-cv-02541-VSB** |
| Plaintiffs, | **JUDGE VERNON S. BRODERICK** |
| vs. | |
| **CAREGUARDIAN, INC., JOSHUA BRUNO, AKASH SHAH AND JOHN DOES #1-10,** | |
| Defendants. | |

---

### STIPULATION OF DISMISSAL

---

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs except for claims under the federal Fair Labor Standards Act which are dismissed without prejudice and without costs.

Dated:  September 1, 2019                                    Dated:  September 10, 2019

_____                     _____
William C. Rand, Esq.                                              Meghan E. Hill, Esq.
LAW OFFICE OF WILLIAM COUDERT RAND          Squire Patton Boggs (US) LLP
501 Fifth Ave., 15th Floor                                      30 Rockefeller Plaza, 23rd Floor
New York, New York 10017                                   New York, New York 10112
(212) 286-1425                                                      (212) 407-0105
*Attorneys for Plaintiff*                                          *Attorneys for Defendants*

**SO ORDERED:**

HON. VERNON S. BRODERICK     9/11/2019
UNITED STATES DISTRICT JUDGE